**98–7.   State v. Dempsey.**
Cuyahoga App. No. 71479.   (Appeal of state of Ohio; cross-appeal of Jack Dempsey.)   The discretionary appeal is allowed; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

The discretionary cross-appeal is denied.
PFEIFER, J., dissents.